## United States District Court for the Northern District of Illinois

Case Number: 08v2921                         Assigned/Issued By: j. n.

Judge Name: gottschall                       Designated Magistrate Judge: schenkier

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00     [ ] $39.00     [ ] $5.00
               [ ] IFP         [ ] No Fee     [ ] Other _____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____                   Receipt #: 2792396_____

Date Payment Rec'd: 5-20-08____                Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                                    [ ] Alias Summons

[ ] Third Party Summons                        [ ] Lis Pendens

[ ] Non Wage Garnishment Summons               [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons         _____
                                               _____
                                               (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
    (Type of Writ)

2 Original and 0 copies on 5-20-08 as to all defendants
                              (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05