IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PETRA FUND REIT CORP,<br>    a Maryland Corp. | )<br>)<br>) | |
|     Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. 08-CV-2921<br>Judge Gottschall |
| DAVID E. WISH AND<br>LANCE W. KUPISCH,<br>    Defendants. | )<br>)<br>) | Magistrate Judge Schenkler |

NOTICE OF FILING

TO:  Lawrence Mitchell Benjamin lbenjamin@ngelaw.com, rwills@ngelaw.com (SERVICE VIA ECF)

    Steven B. Bashaw, service by hand delivery

    Notice is hereby given that on June 19, 2008, before the hour of 5:00 p.m. the undersigned did file with the Clerk of the Court the Answer to Complaint and Affirmative Defense of David Wish and Lance Kupisch, a copy of which is hereby served upon you..

PROOF OF SERVICE

    The undersigned hereby certifies that on June 19, 2008, he did serve this notice and attached Answer and Affirmative Defense upon the party anmed above by the ECF electronic filing system from 1500 Eisenhower Lance, Suite 800, Lisle, IL at or before the hour of 5:00 p.m.

                                            /s/ Richard L. Hirsh

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630 434-2600
Atty. #1225936