4C

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 08cv 2921

PETRA FUND REIT CORP.
Plaintiff,

v.

DAVID E. WISH and
LANCE W. KUPISCH,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants David E. Wish and Lance W. Kupisch

FILED
6-24-2008
JUN 24 2008   T C
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> STEVEN B. BASHAW | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ STEVEN B. BASHAW | |
| FIRM <br> STEVEN B. BASHAW, P.C. | |
| STREET ADDRESS <br> 1500 EISENHOWER LANE, SUITE 800 | |
| CITY/STATE/ZIP <br> LISLE, IL 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0129313 | TELEPHONE NUMBER <br> 630 434-2600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |