IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PETRA FUND REIT CORP, <br> a Maryland Corp. <br><br>         Plaintiff, <br><br>         v. <br><br> DAVID E. WISH AND <br> LANCE W. KUPISCH, <br><br>         Defendants. | Case No. 08 CV 2921 <br><br> Judge Gottschall <br> Mag. Judge Schenkier |

## FORM 35 REPORT OF PARTIES' PLANNING MEETING

Plaintiff, Petra Fund REIT Corp., and Defendants, David E. Wish and Lance W. Kupisch, by and through their attorneys, respectfully submit this Form 35 Report of Parties' Planning Meeting.

1. **Rule 26(f) Conference** – Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on July 3, 2008 and was attended by:

    Lawrence M. Benjamin – on behalf of Petra Fund REIT Corp

    Steven B. Bashaw (with concurrence of Richard L. Hirsh) – on behalf of David E. Wish and Lance W. Kupisch

2. **Pre-Discovery Disclosures** – The parties will exchange the information required under Fed. R. Civ. P. 26(a)(1) by August 5, 2008.

3. **Discovery Plan** – The parties jointly propose to the Court the following discovery plan:

    (a) Discovery will be needed on the following subjects:

    This is an action on a guaranty. Defendants contend that Plaintiff wrongfully refused to release funds from the loan held in reserve and that as a result thereof the borrower was unable to complete its zoning for the project and/or to obtain refinancing. Other depositions may be required depending on the defendants' testimony.

        It is the plaintiff's intention to take the depositions of the defendants. In addition, plaintiff intends to issue interrogatories, requests for production of documents and requests for admission of facts to plaintiff.

    (b)    All discovery commenced in time shall be completed by October 1, 2008.

    (c)    Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service or by agreement between the parties.

    (d)    Maximum of 50 requests for admission be each party to any other party. Responses due 30 days after service or by agreement between the parties.

    (e)    Maximum of 10 depositions by Plaintiff and 10 depositions by Defendant. Each deposition is limited to a maximum of seven hours unless extended by agreement between the parties.

4.    **Other items** - the parties have reached an agreement relating to the following additional items:

    (a)    The parties do not request a conference with the court before entry of the scheduling order.

    (b)    The parties request a pretrial conference in October 2008.

    (c)    Plaintiff should be allowed until August 13, 2008 to join additional parties and/or to amend the pleadings.

    (d)    Defendant should be allowed until August 13, 2008 to join additional parties and/or to amend the pleadings.

    (e)    All potentially dispositive motions should be filed by October 15, 2008.

    (f)    The case should be ready for trial by October, 2008 and, at that time, trial is expected to take approximately 2-3 days.

    (g)    Defendants' counsel has stated that Lance Kupisch is scheduled to undergo a medical procedure which is assumed to be completed by July 21, 2008, and that counsel has agreed to this schedule on the assumption that Mr. Kupisch will be available promptly after July 21, 2008 to assist counsel.

- 3 -

Dated: July 3, 2008

| DAVID E. WISH and<br>LANCE W. KUPISCH | PETRA FUND REIT CORP. |
|---|---|
| By:   /s/ Richard L. Hirsh<br>      One of Their Attorneys | By:   /s/ Lawrence M. Benjamin<br>      One of Its Attorneys |
| Richard L. Hirsh (#1225936)<br>Richard L. Hirsh & Associates, P.C.<br>1500 Eisenhower Lane<br>Suite 800<br>Lisle, Illinois 60532<br>(630) 434-2600 | Lawrence M. Benjamin (#6196417)<br>Tonya G. Newman (#6286958)<br>NEAL, GERBER & EISENBERG LLP<br>Two N. LaSalle Street<br>Suite 2200<br>Chicago, Illinois 60602<br>(312) 269-8000 |