**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Petra Fund Reit Corp
       Plaintiff,

v.                Case No.: 1:08−cv−02921
                Honorable Joan B. Gottschall

David E. Wish, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

  MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 8/6/2008. The parties agreed discovery schedule is granted as follows: Rule 26(a)(1) disclosures by 8/5/2008. Parties to amend pleadings and/or join additional parties by 8/13/2008. Discovery is ordered closed by 10/1/2008. Any dispositive motions to be filed by 10/15/2008. Status hearing continued to 10/8/2008 at 9:30 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.