### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PETRA FUND REIT CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 2921 |
| | ) | |
| DAVID E. WISH AND | ) | Judge Gottschall |
| LANCE W. KUPISCH, | ) | Mag. Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### MOTION TO COMPEL COMPLIANCE WITH INTERROGATORIES AND DOCUMENT REQUESTS AND OTHER RELIEF

Plaintiff, Petra Fund REIT Corp., by and through its attorneys, pursuant to Fed.R.Civ.P. 37(a), hereby moves for entry of an order compelling defendants to answer plaintiff's interrogatories and respond to requests for production and for other relief. In support of this motion, plaintiff states as follows:

1. No later than July 10, 2008, Plaintiff served interrogatories and document requests on defendants.

2. Defendants' responses were due no later than August 11, 2008. Responses were not made by that date.

3. Defendants have requested a 30-day extension of time to respond to such discovery.

4. Defendants' request for a 30-day extension is excessive in view of the October 1, 2008 discovery cut-off.

5. Moreover, defendants have refused to cooperate in scheduling deposition dates during the month of September, suggesting that their real agenda is delay.

NGEDOCS: 1555303.1

6. Pursuant to Local Rule 37.2, counsel for plaintiff has consulted with counsel for defendants and has made good faith efforts to resolve differences but were unable to reach an accord, and plaintiff's counsel's attempts to reach an accord were unsuccessful due to no fault of plaintiff's counsel. Among other things, the parties' counsel conferred following the August 6th status hearing and exchanged emails on August 11, 2008.

WHEREFORE, plaintiff respectfully requests that this Court grant its motion, order the defendant to serve answers to interrogatories and to produce documents no later than August 26, 2008, and award such other relief as is just and proper.

PETRA FUND REIT CORP.,

By: /s/ Lawrence M. Benjamin
One of Its Attorneys

Lawrence M. Benjamin (#6196417)
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle Street
Suite 2200
Chicago, Illinois 60602
(312) 269-8000