### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PETRA FUND REIT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 2921 |
| ) | |
| DAVID E. WISH and LANCE W. KUPISCH, ) | Judge Joan B. Gottschall |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

### NOTICE OF MOTION

TO:   *Counsel of Record*

     PLEASE TAKE NOTICE that on **Thursday, September 11, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Joan B. Gottschall or any Judge sitting in her stead, in Courtroom 2325 in the United States District Court, for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's **Motion to Compel Compliance With Interrogatories and Document Requests and Other Relief**, a copy of which is attached hereto and hereby served upon you.

                             PETRA FUND REIT CORP.

                             By:   /s/ Lawrence M. Benjamin
                                   One of Its Attorneys

Lawrence M. Benjamin (#6196417)
Tonya G. Newman (#6286958)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602-3801
(312) 269-8000

NGEDOCS: 021304.0501:1541634.1

## CERTIFICATE OF SERVICE

Lawrence M. Benjamin, an attorney, hereby certifies that he caused a copy of Plaintiff's **Motion to Compel Compliance With Interrogatories and Document Requests and Other Relief** to be served on:

> Richard L. Hirsh, Esq.
> RICHARD L. HIRSH & ASSOCIATES, P.C.
> 1500 Eisenhower Lane
> Suite 800
> Lisle, Illinois  60532
>
> Steven B. Bashaw, Esq.
> STEVEN B. BASHAW, P.C.
> 1500 Eisenhower Lane
> Suite 800
> Lisle, Illinois  60532

by electronic filing using the CM/ECF system which sent notification of such filing on the 12th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence M. Benjamin