**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PETRA FUND REIT CORP,<br>  a Maryland Corp.<br>    Plaintiff,<br>v.<br><br>DAVID E. WISH AND<br>LANCE W. KUPISCH,<br>    Defendants. | Case No. 08-CV-2921<br><br>Judge Gottschall<br><br>Magistrate Judge Schenkler |

**MOTION TO EXTEND DISCOVERY CUTOFF OR COMPLETION DATE**

NOW COME, Defendants David Wish and Lance Kupisch by their attorney Richard L. Hirsh, and move the Court as follows:

1. This case was filed on or about May 20, 2008.

2. The Defendants David Wish and Lance Kupisch filed their appearance, answer and affirmative defenses within the time permitted in the Federal Rules of Civil Procedure. Thereafter, the Plaintiffs counsel and the Defendants counsel engaged in appropriate discussions concerning the discovery scheduling. At that time, in June 2008, it was agreed that discovery would be completed by October 1, 2008.

3. At the last court date/status held in this case on August 6, 2008, the Court entered an Order stating that discovery cutoff was October 1, 2008.

4. The undersigned Richard L. Hirsh is the attorney for the Defendants who appeared at the last Court date when the discovery cutoff was set.

5. Concurrent with the presentation of this Motion there are two other motions. One is the Plaintiff's motion to compel discovery and the other is the Defendants' motion to hold this case in abeyance pending the outcome of the related mortgage foreclosure in McHenry County wherein the amount of indebtedness in this case will be determined in that case; and

any bid at the Sheriff's Sale for the subject property will also be a credit against the total amounts due and owing under the guaranty that is the subject of this case.

6. The undersigned submits to the Court that at the time Plaintiff's counsel Lawrence Benjamin filed the Motion to Compel it was not well taken in that the parties had not, at that time, had a meaningful discussion or even attempted to resolve the discovery situation.

7. The undersigned further concedes at this point in time that the Defendants are late in answering to interrogatories and complying with document production. However, the Defendants have answered the Plaintiff's request to admit which contained more than 50 questions even though that request to admit was in excess of the number of questions permitted by rule. Rather than creating an issue over the number of questions, the Defendants determined it would be simplest and most productive to answer all of the requests.

8. The Defendants are represented by the undersigned Richard L. Hirsh and attorney Steven B. Bashaw. Mr. Bashaw also represents the Defendants in the McHenry County foreclosure. Both attorneys are sole practitioners with active practices, however they do maintain offices in the same office suite in Lisle, Illinois.

9. The undersigned has been the attorney primarily involved with Federal District Court while Mr. Bashaw has been engaged in the foreclosure cases. The answer and affirmative defenses were filed in the foreclosure case on or about September 9, 2008.

10. There have been a number of factors which have contributed to the delay in discovery. During the month of August, it turned out that the undersigned and Mr. Bashaw had both previously scheduled back-to-back vacations. Accordingly, Mr. Bashaw and the

          undersigned were not in contact with each other more than two weeks. As a result there was some lack of coordination and some lack of communication with the clients in getting the clients prepared for the anticipated depositions.

11.    In addition the undersigned has regrettably come into some health issues which must be dealt with and have been dealt with during the past few months. During the past six to eight weeks the undersigned was determined to have a basal cell skin cancer which must be treated with a minor surgery in October. The undersigned is also scheduled for cataract surgery on September 24, 2008. Also a physician ordered three more out-patient procedures for the undersigned in September 2008.

12.    Preliminary to having any actual procedures done there have been a number of examinations and tests which have taken the undersigned away from the office. And of course in the next month or so there will be several days missed from work as related to these procedures.

13.    None of these medical issues are serious in and of itself, but they will be very time consuming.

14.    Mr. Bashaw has a busy trial and appellate practice and in the past month has had to deal with a number of appellate matters which were not previously or fully anticipated. Specifically, Mr. Bashaw had to file his Appellees Brief in the case of <u>Mairns v. McIrwain</u> No. 2-08-0265, which brief was required to be filed August 26, 2008. In the matter <u>Walker</u> No. 02-08-0627, Mr. Bashaw had to obtain, prepare and file the record on appeal. Mr. Bashaw did prepare the extensive answers to the request to admit filed in this case which was extremely time consuming considering that those requests exceed the allowable number of questions.

15. This case was filed recently, late May 2008. While the parties have proceed diligently, it was optimistic and unrealistic under the circumstances to anticipate completing discovery by October 1, 2008.

16. The Court is reminded that the Plaintiff seeks to recover in excess of thirty million dollars on the guarantees that are the subject of this lawsuit. However, the McHenry County foreclosure will determine the final indebtedness due, including credits from the sale of the property. Obviously, this is a serious matter and needs substantial attention.

17. Under the circumstances, should the Court not grant the motion to hold this case in abeyance, the undersigned requests that the Court reschedule the discovery cutoff date to something more realistic and achievable.

WHEREFORE, Defendants David Wish and Lance Kupisch request that discovery cutoff be extended to at least December 1, 2008, or such other time as the Court feels is appropriate.

> Respectfully submitted,
> David Wish
> Lance Kupisch
>
> BY: / s/__Richard L. Hirsh, _____
> One of their attorneys

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
630/434-2600
Attorney No.1225936