**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PETRA FUND REIT CORP, | ) | |
|    a Maryland Corp. | ) | |
|       Plaintiff, | ) | Case No. 08-CV-2921 |
| v. | ) | |
| | ) | Judge Gottschall |
| DAVID E. WISH AND | ) | |
| LANCE W. KUPISCH, | ) | Magistrate Judge Schenkler |
|       Defendants. | ) | |

To:   Mr. Lawrence M. Benjamin, Neal, Gerber & Eisenberg, LLP, Two N. LaSalle St., Suite 2200
Chicago, IL 60191

**NOTICE OF MOTION**

Please be advised that on **September 11, 2008**, at 9:30 a..m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, Courtroom 2325 or any other judge as may be holding court in his/her absence at 219 S. Dearborn Street, Chicago, Illinois, I will then and there present the attached **MOTION TO EXTEND DISCOVERY CUTOFF OR COMPLETION DATE**, at which time and place you may appear as you see fit to do.

**PROOF OF SERVICE**

I, RICHARD L. HIRSH, attorney, certify that I served a true and correct copy of the above Motion to all parties listed above by depositing same in the U.S. Mail, First Class Mail postage prepaid and properly addressed, at approximately 5:00 p.m. from 1500 Eisenhower Lane, Lisle, Illinois on September 8, 2008, and by electronic fling via ECF

by: _/s/_Richard L. Hirsh_____

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
1500 Eisenhower Lane, Suite 800
Lisle, IL 60532
630/434-2600
Attorney No. 1225936